## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rogers, JW J

Printed: 11/25/08

Case Number:  04 B 30593
Judge:  Hollis, Pamela S
Filed:  8/18/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  October 1, 2008
Confirmed:  October 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 53,248.57 |  |
| Secured: |  | 39,775.61 |
| Unsecured: |  | 6,759.94 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 2,875.45 |
| Other Funds: |  | 1,837.57 |
| Totals: | 53,248.57 | 53,248.57 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | First Horizon Home Loans Corp | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 2,197.50 | 2,197.50 |
| 4. | Thorn Creek Basin Sanitary Dis | Secured | 1,411.70 | 1,076.19 |
| 5. | Old Republic | Secured | 11,595.13 | 8,367.13 |
| 6. | Old Republic | Secured | 17,085.09 | 13,039.51 |
| 7. | HSBC Auto Finance | Secured | 14,920.27 | 14,920.27 |
| 8. | First Horizon Home Loans Corp | Secured | 1,852.06 | 175.01 |
| 9. | Triad Financial Services | Unsecured | 27,923.15 | 5,705.11 |
| 10. | Thorn Creek Basin Sanitary Dis | Unsecured | 379.24 | 0.00 |
| 11. | HSBC Auto Finance | Unsecured | 4,401.36 | 899.26 |
| 12. | Old Republic | Unsecured | 2,987.68 | 0.00 |
| 13. | Great American Finance Company | Unsecured | 761.42 | 155.57 |
|  |  |  | $ 87,514.60 | $ 48,535.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 371.30 |
| 4% | 120.10 |
| 3% | 47.30 |
| 5.5% | 550.50 |
| 5% | 161.69 |
| 4.8% | 299.38 |
| 5.4% | 1,325.18 |
|  | $ 2,875.45 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rogers, JW J

Printed: 11/25/08

Case Number:  04 B 30593

Judge:  Hollis, Pamela S

Filed:  8/18/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

